UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TEKLEMARIAM DANIEL HAGOS,

Plaintiff,

v.

POLYCLINIC, et al.,

Defendants.

C22-1610 TSZ

ORDER

THIS MATTER comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge, docket no. 12. Having reviewed the R&R, to which no objections were filed, and the remaining record, the Court hereby finds and ORDERS:

(1) The R&R, docket no. 12, is ADOPTED.

(2) Plaintiff's amended complaint, docket no. 11, and this action are DISMISSED without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B), for plaintiff's failure to state a cognizable claim for relief.

(3) The Clerk is directed to CLOSE this case and send copies of this Order to plaintiff and Judge Peterson.

Dated this 13th day of February, 2023.

Thomas S. Zilly
United States District Judge

ORDER - 1